No. 82–1476.   INNELLA *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–1485.   REED *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5944.   BISHOP *v.* STEPHENSON, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 82–5965.   MALLOY *v.* PURVIS, SHERIFF, MOBILE COUNTY, ALABAMA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–6011.   LAIRD *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 82–6031.   GEDRAITIS ET AL. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.

No. 82–6160.   BREKKE *v.* POWELL.   C. A. 7th Cir.   Certiorari denied.

No. 82–6176.   WILLIAMS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6191.   STASTNY *v.* BOARD OF TRUSTEES OF CENTRAL WASHINGTON UNIVERSITY.   Ct. App. Wash.   Certiorari denied.

No. 82–6200.   MARAS *v.* AMMERMAN.   C. A. D. C. Cir. Certiorari denied.

No. 82–6201.   MOTT *v.* JOHN DEERE DUBUQUE WORKS OF DEERE & CO.   C. A. 8th Cir.   Certiorari denied.

No. 82–6202.   MINTZ *v.* DIRECTOR, DEPARTMENT OF MOTOR VEHICLES OF CALIFORNIA, ET AL.   C. A. 9th Cir.   Certiorari denied.